Local AO 450 (rev. 5/10)

# United States District Court
## *District of North Dakota*

Brad Lodholtz and Courtney Lodholtz,
Plaintiffs,

v.

JUDGMENT IN A CIVIL CASE

Continental Resources, Inc.,
Defendant.

Case No.   4:15-cv-116

☑ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☐ **Decision on Motion.** This action came before the Court on motion. The issues have been considered and a decision rendered.

☐ **Stipulation.** This action came before the court on motion of the parties. The issues have been resolved.

☐ **Dismissal.** This action was voluntarily dismissed by Plaintiff pursuant to Fed. R. Civ. P. 41(a)(1)(ii).

**IT IS ORDERED AND ADJUDGED:**

Brad Lodholtz be awarded past economic damages in the amount of $395,850.00; future economic damages in the amount of $2,682,500.00; past non-economic damages in the amount of $725,000.00 and future non-economic damages in the amount of $725.00.00, for a total amount of $4,528,350.00, plus post-judgment interest at the allowed statutory rate.

Courtney Lodholtz be awarded past damages in the amount of $362,500.00 and future damages in the amount of $1,268,750.00 for a total amount of $1,631,250.00, plus post-judgment interest at the allowed statutory rate.

Date: October 3, 2017

ROBERT J. ANSLEY, CLERK OF COURT

by: /s/ Shelley Giauque, Deputy Clerk