Local AO 450 (rev. 5/10)

# United States District Court
### *District of North Dakota*

Brad Lodholtz and Courtney Lodholtz,

    Plaintiffs,

-vs-

Continental Resources, Inc.,

    Defendant.

SECOND AMENDED
JUDGMENT IN A CIVIL CASE

Case No.   4:15-cv-116

☑ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☐ **Decision on Motion**. This action came before the Court on motion. The issues have been considered and a decision rendered.

☐ **Stipulation**. This action came before the court on motion of the parties. The issues have been resolved.

☐ **Dismissal**. This action was voluntarily dismissed by Plaintiff pursuant to Fed. R. Civ. P. 41(a)(1)(ii).

**IT IS ORDERED AND ADJUDGED:**

Brad Lodholtz be awarded past economic damages in the amount of $395,850.00; future economic damages in the amount of $2,682,500.00; past non-economic damages in the amount of $725,000.00 and future non-economic damages in the amount of $725,000.00, for a total amount of $4,528,350.00, plus post-judgment interest at the allowed statutory rate;

Courtney Lodholtz be awarded past damages in the amount of $362,500.00 and future damages in the amount of $1,268,750.00 for a total amount of $1,631,250.00, plus post-judgment interest at the allowed statutory rate;

Pursuant to the Order filed on May 10, 2018, the plaintiffs' motion for an award of costs is GRANTED in PART and DENIED in PART. The Court will allow taxation of costs in the amount of $5,881.67.

Date: May 10, 2018

ROBERT J. ANSLEY, CLERK OF COURT

by: */s/ Jackie Stewart, Deputy Clerk*